**Electronically Filed
Supreme Court
SCEC-23-0000026
24-JAN-2023
09:14 AM
Dkt. 3 ORD**

SCEC-23-0000026

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF ALOHALANI HOPE CERMELJ

---

ORIGINAL PROCEDDING

ORDER

(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the January 17, 2023 submission from Alohalani Hope Cermelj, which we construe as an election challenge, submitted pursuant to HRS § 11-174.5 (Supp. 2021), regarding a special election involving the Office of Hawaiian Affairs held on November 8, 2022, we note that HRS § 11-174.5(a) sets a deadline to submit such challenges, of the twentieth day following the election being challenged, and find that, in this instance, the deadline for submitting this challenge was November 28, 2022. Therefore,

It is ordered that the challenge is dismissed as untimely.

DATED: Honolulu, Hawaiʻi, January 24, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

